UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KAREN CHRISEY and<br>JEFFREY CHRISEY | : | |
| | : | |
| VS. | : | NO. 3:02CV1399(JCH) |
| | : | |
| LYNN M. LEWIS,<br>DAVID PANDISCIA,<br>JOSEPH CUSATO and<br>KEVIN ANDERSON | :<br>:<br>:<br>: | FEBRUARY 23, 2004 |

**LOCAL RULE 41(a) EXPLANATION AND MOTION FOR
EXTENSION OF TIME TO FILE TRIAL MEMORANDUM**

The plaintiffs have not filed their Trial Memorandum in this matter because they had expected that the defendants, as ordinarily is the custom of the Attorney General's Office, would be filing dispositive motions in this case and, accordingly, the undersigned had neglected to note the default date for filing the memorandum on his calendar.  The plaintiffs, accordingly, respectfully move that they be granted an extension of time until March 8, 2004, to file their Trial Memorandum in this case, after which the case will be ready for trial.

THE PLAINTIFFS

BY:_____
       JOHN R. WILLIAMS (ct00215)
       51 Elm Street
       New Haven, CT 06510
       203/562-9931
       FAX: 203/776-9494
       E-Mail: jrw@johnrwilliams.com
       Their Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Stephen R. Sarnoski, Esq., Assistant Attorney General, 110 Sherman Street, Hartford, CT 06105, and forwarded to him electronically at: stephen.sarnoski@po.state.ct.us

_____
JOHN R. WILLIAMS