FILED

2004 FEB 23 A 10: 59

US

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

KAREN CHRISEY and
JEFFREY CHRISEY

VS.                                              NO. 3:02CV1399(JCH)

LYNN M. LEWIS,
DAVID PANDISCIA,
JOSEPH CUSATO and
KEVIN ANDERSON                       FEBRUARY 23, 2004

## LOCAL RULE 41(a) EXPLANATION AND MOTION FOR EXTENSION OF TIME TO FILE TRIAL MEMORANDUM

The plaintiffs have not filed their Trial Memorandum in this matter because they had expected that the defendants, as ordinarily is the custom of the Attorney General's Office, would be filing dispositive motions in this case and, accordingly, the undersigned had neglected to note the default date for filing the memorandum on his calendar. The plaintiffs, accordingly, respectfully move that they be granted an extension of time until March 8, 2004, to file their Trial Memorandum in this case, after which the case will be ready for trial.

Motion granted.
So Ordered.