UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KAREN CHRISEY and, | : | NO. 3:02CV-1399 (JCH) |
| JEFFREY CHRISEY, | : | |
|     *plaintiff,* | : | |
| | : | |
|     V. | : | |
| | : | |
| LYNN M. LEWIS, *et al.,* | : | |
|     *defendants.* | : | MARCH 18, 2004 |

**DEFENDANTS' OBJECTIONS TO**
**PLAINTIFF'S PROPOSED EXHIBITS**

The defendants hereby make the following objections to the plaintiff's proposed exhibits as reflected in their Pre-Trial Memorandum dated March 6, 2004:

1. Mug shot of plaintiff Jeffrey Chrisey: As this is a case alleging false arrest, not excessive force, the defendants object on the grounds of relevance (F.R.E. 402) and undue prejudice/confusion (F.R.E. 403).

2. Mug shot of plaintiff Karen Chrisey: As this is a case alleging false arrest, not excessive force, the defendants object on the grounds of relevance (F.R.E. 402) and undue prejudice/confusion (F.R.E. 403).

11. Torrington Register-Citizen article concerning plaintiffs' arrest: The defendants object on the basis of hearsay (F.R.E. 802).

12. Bill from Dr. Ewing: The defendants object on the basis of hearsay (F.R.E. 802).

13. Bill from Dr. Slade: The defendants object on the basis of hearsay (F.R.E. 802).

14. Letter from Dr. Slade dated 2/11/02: The defendants object on the basis of hearsay (F.R.E. 802).

15. Transcript of 1/16/02 court proceedings in *State v. Jeffrey Chrisey*: The defendants object on the basis of hearsay (F.R.E. 802), and on the basis of the Plaintiffs' failure to disclose these statements in response to interrogatories and requests for production.

16. Transcript of 2/14/02 court proceedings in *State v. Karen Chrisey*: The defendants object on the basis of hearsay (F.R.E. 802), and on the basis of the Plaintiffs' failure to disclose these statements in response to interrogatories and requests for production.

                        DEFENDANTS
                        Lynn Lewis, David Pandiscia, Joseph Cusato and Kevin Anderson

                        RICHARD BLUMENTHAL
                        ATTORNEY GENERAL

By: _/s/_____
Stephen R. Sarnoski
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, Connecticut 06105
Tel. (860) 808-5450
Federal bar #ct05129
E-mail: stephen.sarnoski@po.state.ct.us

## CERTIFICATION

This is to certify that a copy of the foregoing Motion was mailed, first-class, postage pre-paid, to all pro se parties and/or counsel of record on this the 18th day of March, 2004.

    John R. Williams, Esq.
    Williams & Pattis, LLC
    51 Elm Street, Suite 409
    New Haven, Connecticut 06510

                                                            /s/
                                                  Stephen R. Sarnoski
                                                  Assistant Attorney General