FILED

UNITED STATES DISTRICT COURT 2004 APR 16 A 11: 58
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KAREN CHRISEY and, | : | NO. 3:02CV-1399 (JCH) |
| JEFFREY CHRISEY, | : | |
| *plaintiff,* | : | |
| | : | |
| V. | : | |
| | : | |
| LYNN M. LEWIS, *et al.,* | : | |
| *defendants.* | : | APRIL 14, 2004 |

## MOTION FOR ENLARGEMENT

The defendants in the above-captioned case, by and through their attorney, the undersigned, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully request that the date for jury selection (Monday, May 3, 2004) and trial (Wednesday, May 5, 2004) in this matter be enlarged due to a conflict with a previously scheduled trial. Counsel is already scheduled to commence trial in the case of *Joseph and Michael St. Onge v. Thomas Fabian, et al.,* No. 3:01CV-1506 (SRU) in U.S. District Court, Bridgeport, Connecticut, on Monday, May 3, 2004, a trial which will likely last four to five days. In compliance with the provisions of Rule 9(b)(2) of the Local Rules of Civil Procedure for the District of Connecticut, this court is further respectfully advised that this is the defendants' first request for an enlargement of time in this matter. The undersigned has not consulted with opposing counsel on this matter because, given the unavoidable conflict, it would be futile to do so.

WHEREFORE, for all of the reasons stated above, the defendants respectfully request that the Court postpone the dates set for jury selection and trial of this matter in accordance with the foregoing explanation.

MOTION GRANTED.
SO ORDERED.
Janet C. Hall, U.S.D.J. 4/25/04