UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KAREN CHRISEY and, | : | NO. 3:02CV-1399 (JCH) |
| JEFFREY CHRISEY | : | |
| *Plaintiffs,* | : | |
| V. | : | |
| LYNN M. LEWIS, *et al.,* | : | |
| *Defendants.* | : | SEPTEMBER 2, 2004 |

**DEFENDANT'S SUPPLEMENT TO**
**PRE-TRIAL MEMORANDUM**

In addition to the previously listed witnesses, the defendants will offer testimony from the following witness at the trial of this matter:

**10. LIST OF WITNESSES:**

a. Sergeant John Forst, Connecticut State Police, 1111 Country Club Road, Middletown, Connecticut. Sergeant Forst was the duty supervisor when the plaintiffs visited the Litchfield State Police Barracks on their way home from court following their release. He will testify as to the substance and nature of his interaction with the plaintiffs during their encounter at the barracks.

        DEFENDANTS
Kevin Anderson, David Pandiscia,
Joseph Cusato and Lynn Lewis

RICHARD BLUMENTHAL
ATTORNEY GENERAL


By: __/s/_____
Stephen R. Sarnoski
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, Connecticut  06105
Tel: (860) 808-5450
Federal Bar #ct05129
E-mail: stephen.sarnoski@po.state.ct.us


## **CERTIFICATION**

I hereby certify that the foregoing pre-trial memorandum was mailed, first-class, postage pre-paid, to all counsel of record on this the _____ day of _____, _____, as follows:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, Connecticut 06510


__/s/_____
Stephen R. Sarnoski
Assistant Attorney General