UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KAREN CHRISEY and, | : | NO. 3:02CV-1399 (JCH) |
| JEFFREY CHRISEY, | : | |
| *plaintiff,* | : | |
| | : | |
| V. | : | |
| | : | |
| LYNN M. LEWIS, *et al.,* | : | |
| *defendants.* | : | NOVEMBER 29, 2004 |

**MOTION TO DISMISS**
**STATE LAW CLAIMS**

Pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, the defendants respectfully request that the state law claims for false arrest and malicious prosecution be dismissed for lack of subject matter jurisdiction of the grounds of sovereign immunity and statutory immunity pursuant to Connecticut General statutes § 4-165.

DEFENDANTS
Lynn Lewis, David Pandiscia, Joseph
Cusato and Kevin Anderson

RICHARD BLUMENTHAL
ATTORNEY GENERAL


By: \_\_\_\_\_/s/_____
Stephen R. Sarnoski
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, Connecticut 06105
Tel. (860) 808-5450
Federal bar #ct05129
E-mail: stephen.sarnoski@po.state.ct.us

## **CERTIFICATION**

      This is to certify that a copy of the foregoing Motion was mailed, first-class, postage pre-paid, to all pro se parties and/or counsel of record on this the __29th__ day of __November__, _2004_.

    John R. Williams, Esq.
    Norman Pattis, Esq.
    Williams & Pattis, LLC
    51 Elm Street, Suite 409
    New Haven, Connecticut 06510

                                              /s/
                                        Stephen R. Sarnoski
                                        Assistant Attorney General