United States District Court
District of Connecticut
FILED AT BRIDGEPORT

12-2-04
Kevin F. Rowe, Clerk
By: Catherine Borosh
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KAREN CHRISEY and JEFFREY CHRISEY,<br>    Plaintiff,<br><br>v.<br><br>LYNN M. LEWIS, ET AL<br>    Defendants. | CIVIL ACTION NO.<br>3:02-cv-1399 (JCH)<br><br><br><br>DECEMBER 1, 2004 |

## VERDICT FORM

**I.   Special Interrogatories**

    **A.**    Do you find that the plaintiffs placed their hands on each other's wrists on the morning of September 19, 2001?

        Yes ✓        No ____

    **B.**    Do you find that the plaintiffs pushed and pulled each other on the morning of September 19, 2001?

        Yes ✓        No ____

    **C.**    Do you find that there was probable cause to arrest Mr. Chrisey for:

        1.    disorderly conduct?

        Yes ✓        No ____

        2.    assault in the third degree?

        Yes ____        No ✓

    D.    Do you find that there was probable cause to arrest Mrs. Chrisey for:

        1.    disorderly conduct?

        Yes __✓__        No ____

        2.    assault in the third degree?

        Yes ____        No __✓__

## II. Claims Under 42 U.S.C. § 1983 ("Section 1983")

### A. Arrest Without Probable Cause

✗    Do not answer Question 1 if you answered yes to either Question D.1 or D.2 above. If you answered yes to either D.1 or D.2, please skip to Question 4.

Has Karen Chrisey proven her Section 1983 claim based on arrest without probable cause by:

    (a)    Trooper Lewis?
            Yes ____        No ____

    (b)    Trooper Pandiscia?
            Yes ____        No ____

    (c)    Trooper Cusato?
            Yes ____        No ____

    (d)    Trooper Anderson?
            Yes ____        No ____

If you answered "yes" to any of Questions 1(a), (b), (c) or (d), proceed to Question 2.

If you did not answer, or answered "no", to all of Questions 1(a), (b), (c), and (d), skip to Question 4.

2. What amount of damages has Karen Chrisey proven was proximately caused by her arrest without probable cause?

$ _____

Please proceed to Question 3.

3. Has Karen Chrisey proven that a defendant acted willfully, wantonly, or with reckless disregard in that defendant's arrest of Karen Chrisey:

    (a) as to Trooper Lewis? (Answer only if you answered "yes" to Question 1(a).)
    Yes_____         No_____

    (b) as to Trooper Pandiscia? (Answer only if you answered "yes" to Question 1(b).)
    Yes_____         No_____

    (c) as to Trooper Cusato? (Answer only if you answered "yes" to Question 1(c).)
    Yes_____         No_____

    (d) as to Trooper Anderson? (Answer only if you answered "yes" to Question 1(d).)
    Yes_____         No_____

Please proceed to Question 4.

4. Do not answer Question 4 if you answered yes to either Question C.1 or C.2 above. If you answered yes to either Question C.1 or C.2, please skip to Question 7.

Has Jeffrey Chrisey proven his Section 1983 claim based on arrest without probable cause by:

    (a) Trooper Lewis?
    Yes_____         No_____

    (b) Trooper Pandiscia?
    Yes_____         No_____

        (c)     Trooper Cusato?
Yes_____          No_____

        (d)     Trooper Anderson?
Yes_____          No_____

If you answered "yes" to any of Questions 4(a), (b), (c) or (d), proceed to Question 5.

If you did not answer, or answered "no", to all of Questions 4(a), (b), (c), and (d), skip to Question 7.

5. What amount of damages has Jeffrey Chrisey proven was proximately caused by his arrest without probable cause?

        $ _____

Please proceed to Question 6.

6. Has Jeffrey Chrisey proven that a defendant acted willfully, wantonly, or with reckless disregard in that defendant's arrest of Jeffrey Chrisey:

        (a)     as to Trooper Lewis? (Answer only if you answered "yes" to Question 4(a).)
Yes_____          No_____

        (b)     as to Trooper Pandiscia? (Answer only if you answered "yes" to Question 4(b).)
Yes_____          No_____

        (c)     as to Trooper Cusato? (Answer only if you answered "yes" to Question 4(c).)
Yes_____          No_____

        (d)     as to Trooper Anderson? (Answer only if you answered "yes" to Question 4(d).)
Yes_____          No_____

Please proceed to question 7.

**B. Malicious Prosecution**

7. Do not answer Question 7 if you answered yes to Question D.1 or D.2 above.

   Has Karen Chrisey proven her Section 1983 claim based on malicious prosecution by Trooper Lewis?

   Yes_____          No_____

   If you answered "yes" to Question 7, proceed to Question 8.

   If you did not answer, or answered "no", to Question 7, skip to Question 10.

8. What amount of damages has Karen Chrisey proven was proximately caused by her malicious prosecution?

   $ _____

   Please proceed to Question 9.

9. Has Karen Chrisey proven that Trooper Lewis acted willfully, wantonly, or with reckless disregard in that defendant's malicious prosecution of Karen Chrisey? (Answer only if you answered "yes" to Question 7.)

   Yes_____          No_____

   Please proceed to Question 10.

10. Do not answer Question 10 if you answered yes to either Question C.1 or C.2.

    Has Jeffrey Chrisey proven his Section 1983 claim based on malicious prosecution by Trooper Pandiscia?

    Yes_____          No_____

    If you answered "yes" to Question 10, proceed to Question 11.

    If you did not answer, or answered "no" to Question 10, skip to Question 13.

11. What amount of damages has Jeffrey Chrisey proven was proximately caused by his malicious prosecution?

$ _____

Please proceed to Question 12.

12. Has Jeffrey Chrisey proven that Trooper Pandiscia acted willfully, wantonly, or with reckless disregard in that defendant's malicious prosecution of Jeffrey Chrisey? (Answer only if you answered "yes" to Question 10.)
Yes_____ No_____

**C. Punitive Damage Award**

13a. Answer Question 13a only if you have answered "Yes" to one or both of Questions 3(a) or 9.

If you found Trooper Lewis liable for punitive damages on one or more of Karen Chrisey's section 1983 claims, what, if any, do you determine in your discretion to award to Karen Chrisey as punitive damages against her?

$ _____

13b. Answer Question 13b only if you have answered "Yes" to Question 6(a).

If you found Trooper Lewis liable for punitive damages on one or more of Jeffrey Chrisey's section 1983 claims, what, if any, do you determine in your discretion to award to Jeffrey Chrisey as punitive damages against her?

$ _____

Please proceed to Question 14.

14a. Answer Question 14a only if you have answered "Yes" to Question 3(b).

If you found Trooper Pandiscia liable for punitive damages on one or more of Karen Chrisey's section 1983 claims, what, if any, do you determine in your discretion to award to Karen Chrisey as punitive damages against him?

$ _____

14b.  Answer Question 14b only if you have answered "Yes" to one or both of Questions 6(b) or 12.

If you found Trooper Pandiscia liable for punitive damages on one or more of Jeffrey Chrisey's section 1983 claims, what, if any, do you determine in your discretion to award to Jeffrey Chrisey as punitive damages against him?

$ _____

15a.  Answer Question 15a only if you have answered "Yes" to Question 3(c).

If you found Trooper Cusato liable for punitive damages on Karen Chrisey's section 1983 claims, what, if any, do you determine in your discretion to award to Karen Chrisey as punitive damages against him?

$ _____

15b.  Answer Question 15b only if you have answered "Yes" to Question 6(c).

If you found Trooper Cusato liable for punitive damages on Jeffrey Chrisey's section 1983 claims, what, if any, do you determine in your discretion to award to Jeffrey Chrisey as punitive damages against him?

$ _____

16a.  Answer Question 16a only if you have answered "Yes" to Question 3(d).

If you found Trooper Anderson liable for punitive damages on Karen Chrisey's section 1983 claims, what, if any, do you determine in your discretion to award to Karen Chrisey as punitive damages against him?

$ _____

16b.  Answer Question 16b only if you have answered "Yes" to Question 6(d).

If you found Trooper Anderson liable for punitive damages on Jeffrey Chrisey's section 1983 claims, what, if any, do you determine in your discretion to award to Jeffrey Chrisey as punitive damages against him?

$ _____

III.   **State Law False Arrest**

17.   Do not answer Question 17 if you answered yes to either Question D.1 or D.2 above. If you answered yes to either D.1 or D.2, please skip to Question 20.

   Has Karen Chrisey proven her state law claim of false arrest against Trooper Lewis?

   Yes_____        No_____

   If you answered "yes" to Question 17, proceed to Question 18.

   If you answered "no" to Question 17, skip to Question 20.

18.   Has Karen Chrisey proven that Trooper Lewis acted wantonly, recklessly, or maliciously in falsely arresting her?

   Yes_____        No_____

   If you answered "yes" to Question 18, proceed to Question 19.

   If you answered "no" to Question 18, skip to Question 20.

19.   What amount of damages has Karen Chrisey proven was proximately caused by such false arrest?

   $_____

20.   Do not answer Question 20 if you answered yes to either Question C.1 or C.2 above. If you answered yes to either C.1 or C.2, please skip to Question 23.

   Has Jeffrey Chrisey proven his claim of false arrest against Trooper Pandiscia?

   Yes_____        No_____

   If you answered "yes" to Question 20, proceed to Question 21.

   If you answered "no" to Question 20, skip to Question 23.

21. Has Jeffrey Chrisey proven that Trooper Pandiscia acted wantonly, recklessly, or maliciously in falsely arresting him

              Yes_____              No_____

If you answered "yes" to Question 21, proceed to Question 22.

If you answered "no" to Question 21, skip to Question 23.

22. What amount of damages has Jeffrey Chrisey proven was proximately caused by such false arrest?

              $_____

IV. **State Law Malicious Prosecution**

23. Do not answer Question 23 if you answered yes to either Question D.1 or D.2 above. If you answered yes to either D.1 or D.2, please skip to Question 26.

Has Karen Chrisey proven her claim of malicious prosecution against Trooper Lewis?

              Yes_____              No_____

If you answered "yes" to Question 23, proceed to Question 24.

If you answered "no" to Question 23, skip to Question 26.

24. Has Karen Chrisey proven that Trooper Lewis acted wantonly, recklessly, or maliciously in maliciously prosecuting her?

              Yes_____              No_____

If you answered "yes" to Question 24, proceed to Question 25.

If you answered "no" to Question 24, skip to Question 26.

25. What amount of damages has Karen Chrisey proven was proximately caused by such malicious prosecution?

              $_____

26. Do not answer Question 26 if you answered yes to either Question C.1 or C.2 above. If you answered yes to either C.1 or C.2, please skip to Question 29.

    Has Jeffrey Chrisey proven his claim of malicious prosecution against Trooper Pandiscia?

    Yes_____          No_____

    If you answered "yes" to Question 26, proceed to Question 27.

    If you answered "no" to Question 26, skip to Question 29.

27. Has Jeffrey Chrisey proven that Trooper Pandiscia acted wantonly, recklessly, or maliciously in maliciously prosecuting him?

    Yes_____          No_____

    If you answered "yes" to Question 27, proceed to Question 28.

    If you answered "no" to Question 27, skip to Question 29.

28. What amount of damages has Jeffrey Chrisey proven was proximately caused by such malicious prosecution?

    $_____

V.  **Total Compensatory Damages Award–Karen Chrisey**

If you answered two or more of Questions 2, 8, 19, and 25, then you must answer the following Questions 29-31, as indicated.

29. (Answer a subpart of the following question only if you answered both Question 25 and the question listed in the column "Question" in that subpart of Question 29.)

Were compensatory damages awarded in Question 25 duplicative of the compensatory damages awarded in:

|     | Question | No  | Yes in whole | Yes in part ($ part) |
| --- | -------- | --- | ------------ | -------------------- |
| (a) | 2        | ___ | ___          | $_____             |
| (b) | 8        | ___ | ___          | $_____             |
| (c) | 19       | ___ | ___          | $_____             |

30. (Answer a subpart of the following question only if you answered both Question 19 and the question listed in the column "Question" in that subpart of Question 30.)

Were compensatory damages awarded in Question 19 duplicative of the compensatory damages awarded in:

|     | Question | No  | Yes in whole | Yes in part ($ part) |
| --- | -------- | --- | ------------ | -------------------- |
| (a) | 2        | ___ | ___          | $_____             |
| (b) | 8        | ___ | ___          | $_____             |

31. Answer the following question only if you answered both Question 2 and Question 8.

Were compensatory damages awarded in Question 8 duplicative of the compensatory damages awarded in Question 2?

| No  | Yes in whole | Yes in part ($ part) |
| --- | ------------ | -------------------- |
| ___ | ___          | $_____             |

VI.   **Total Compensatory Damages Award–Jeffrey Chrisey**

If you answered two or more of Questions 5, 11, 22, and 28, then you must answer the following Questions 32-34, as indicated.

32.   (Answer a subpart of the following question only if you answered both Question 28 and the question listed in the column "Question" in that subpart of Question 32.)

Were compensatory damages awarded in Question 28 duplicative of the compensatory damages awarded in:

|     | Question | No | Yes in whole | Yes in part ($ part) |
|-----|----------|-----|--------------|----------------------|
| (a) | 5        | ___ | ___          | $_____          |
| (b) | 11       | ___ | ___          | $_____          |
| (c) | 22       | ___ | ___          | $_____          |

33.   (Answer a subpart of the following question only if you answered both Question 22 and the question listed in the column "Question" in that subpart of Question 33.)

Were compensatory damages awarded in Question 22 duplicative of the compensatory damages awarded in:

|     | Question | No | Yes in whole | Yes in part ($ part) |
|-----|----------|-----|--------------|----------------------|
| (a) | 5        | ___ | ___          | $_____          |
| (b) | 11       | ___ | ___          | $_____          |

34.   Answer the following question only if you answered both Question 5 and Question 11.

Were compensatory damages awarded in Question 11 duplicative of the compensatory damages awarded in Question 5?

| No  | Yes in whole | Yes in part ($ part) |
|-----|--------------|----------------------|
| ___ | ___          | $_____          |

VII.  CONCLUSION

You have now completed the verdict form. Please have your foreperson date and sign this verdict form.

12/2/04
Date

*[signature]*
Jury Foreperson