UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

KAREN CHRISEY and
JEFFREY CHRISEY

v                                                          3:02cv1399JCH

LYNN M. LEWIS, DAVID PANDISCIA,
JOSEPH CUSATO, KEVIN ANDERSON

## JUDGMENT

This matter came on for trial before a jury and the Honorable Janet C. Hall, United States District Judge.

On December 2, 2004, after deliberation, the jury returned a verdict for the defendants against the plaintiffs, Karen Chrisey and Jeffrey Chrisey.

Therefore, it is hereby ORDERED and ADJUDGED that judgment is entered for the defendants Lynn M.. Lewis, David Pandiscia, Joseph Cusato and Kevin Anderson, and the case is closed.

Dated at Bridgeport, Connecticut, this 6th day of December, 2004.

KEVIN F. ROWE, Clerk

By   /s/Catherine Boroskey
         Deputy Clerk

Entered on Docket _____