# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Chrisey, et al
v.
Lewis, et al.

APPEARANCE      12-1-04

CASE NUMBER: 3:02CV1399JCH

**To the Clerk of this court and all parties of record:**

Enter my appearance as counsel in this case for: *plaintiffs*

Date: 12.1.04

Connecticut Federal Bar Number: CT 13120

Telephone Number: 203.562.9931

Fax Number: 203.776.9494

E-mail address: napatty1@aol.com

Signature: [signed]

Print Clearly or Type Name: Norman A. Pattis

Address: 51 Elm St., Suite 409
New Haven, CT 06510

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was ~~mailed~~ *hand-delivered* on this date to the following:

Steven Samoski
110 Sherman St.
Hartford, CT 06105

Signature: [signed]

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24