UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KAREN CHRISEY and, | : | NO. 3:02CV-1399 (JCH) |
| JEFFREY CHRISEY, | : | |
|    *plaintiff,* | : | |
| | : | |
| V. | : | |
| | : | |
| LYNN M. LEWIS, *et al.,* | : | |
|    *defendants.* | : | JANUARY 5, 2005 |

**MOTION FOR COSTS**
**AFTER JUDGMENT**

Pursuant to the provisions of Rule 54(c) of the Federal Rules of Civil Procedure, and Rule 54 of the Local Rules of Civil Procedure, the below named defendants, prevailing parties in the above-captioned litigation, respectfully requests that:

    a. Judgment in this matter having been entered on December 6, 2004, the court assess costs in this action consistent with the Verified Bill of Costs attached to and hereby made part of this motion; and

    b. The $500.00 bond posted by the plaintiff as security for costs in this action pursuant to Rule 83.3(a) of the Local Rules of Civil Procedure for the District of Connecticut be forfeited and paid over to the defendant by the Clerk as partial satisfaction of the above.

        DEFENDANTS
Lynn Lewis, David Pandiscia, Joseph
Cusato and Kevin Anderson


RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: __/s/_____
Stephen R. Sarnoski
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, Connecticut 06105
Tel. (860) 808-5450
Federal Bar #ct01529
E-mail: stephen.sarnoski@po.state.ct.us


## CERTIFICATION

I hereby certify that a copy of the foregoing Motion for Costs, along with all attachments thereto, was mailed, first-class, postage pre-paid, to all opposing counsel and/or *pro se* parties of record in this matter this _____ day of _____, _____, as follows:

John R. Williams, Esq.
Norman Pattis, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, Connecticut 06510


        __/s/_____
Stephen R. Sarnoski
Assistant Attorney General

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KAREN CHRISEY and, | : | NO. 3:02CV-1399 (JCH) |
| JEFFREY CHRISEY, | : | |
|    *plaintiff,* | : | |
| | : | |
| V. | : | |
| | : | |
| LYNN M. LEWIS, *et al.,* | : | |
|    *defendants.* | : | JANUARY 5, 2005 |

## VERIFIED BILL OF COSTS

I, Stephen R. Sarnoski being of sound mind and legal age, and having been duly sworn, do hereby depose and say:

1. For the purposes of identification, my full name is Stephen Richard Sarnoski  I am an Assistant Attorney General employed by the Office of the Attorney General for the State of Connecticut.  I have been so employed for about fourteen years.

2. I hereby certify that the expenses of litigation reflected in the Bill of Costs attached to this affidavit at Tab A were necessarily incurred in the defense of this matter, and that they accurately and completely reflect the time and resources spent by the Office of the Attorney General on behalf of the defendant in the preparation and trial of this case.

3. I further certify that the invoices and billing statements attached to this affidavit at Tab B are copies of the original documents supporting the expenses of litigation for which recovery is sought as reflected in the Bill of Costs.

I have read the foregoing affidavit consisting of two pages.  It is true and accurate to the best of my knowledge.

    __/s/_____
    Affiant

Subscribed and sworn to before me this _____ day of _____, _____.

    _/s/_____
    Notary Public

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KAREN CHRISEY and, | : | NO. 3:02CV-1399 (JCH) |
| JEFFREY CHRISEY, | : | |
|    *plaintiff,* | : | |
| | : | |
| V. | : | |
| | : | |
| LYNN M. LEWIS, *et al.,* | : | |
|    *defendants.* | : | JANUARY 5, 2005 |

## BILL OF COSTS

1. Fees of the Clerk & Marshal ........................................  $       0

2. Fees of the Court Reporter ..........................................  $  591.48

3. Fees for Exemplification and Copies of Papers
   Necessarily Obtained for Use in the Case ..................  $       0

4. Fees for Witnesses .......................................................  $       0

5. Maps, Charts, Models, Photographs, Summaries,
   Computations and Statistical Summaries ....................  $       0

6. Removal fee (if applicable) ...........................................  $       0

                                                                                                        ============

                                          **TOTAL:**        **$ 591.48**

**Brandon Smith Reporting Service, LLC**                    Case Invoice

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850    Fax: (860) 549-1537

| Date |
|---|
| 2/20/2003 |

Katrena Engstrom
Williams & Pattis
51 Elm Street
Suie 409
New Haven, CT 06510

Phone
Fax

**Chrisey vs Lewis**

| Invoice # | Claim No. | File No. | Billed | Paid | Witness | Job Date | | |
|---|---|---|---|---|---|---|---|---|
| 683ss | | | 2/20/2003 | | Chrisey, Jeffrey | 2/11/2003 | | |
| | Copy | | | | | | 94 | $235.00 |
| | Shipping and Handling | | | | | | 1 | $8.00 |
| | 6% sales tax | | | | | | 1 | $14.58 |
| | | | | | | Amount Paid | | $0.00 |
| | | | | | | Amount Due | | $257.58 |
| 684ss | | | 2/20/2003 | | Chrisey, Karen | 2/11/2003 | | |
| | Copy | | | | | | 126 | $315.00 |
| | 6% sales tax | | | | | | 1 | $18.90 |
| | | | | | | Amount Paid | | $0.00 |
| | | | | | | Amount Due | | $333.90 |
| | | | | | | Case Balance | | $591.48 |

Fed. I.D. # 06-1448649

**We accept Visa, Mastercard and American Express!**