UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED 2005 JAN -6 P 12: 47

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| KAREN CHRISEY and, JEFFREY CHRISEY, *plaintiff*, | NO. 3:02CV-1399 (JCH) |
| V. | |
| LYNN M. LEWIS, *et al.*, *defendants*. | JANUARY 5, 2005 |

## MOTION FOR COSTS AFTER JUDGMENT

Pursuant to the provisions of Rule 54(c) of the Federal Rules of Civil Procedure, and Rule 54 of the Local Rules of Civil Procedure, the below named defendants, prevailing parties in the above-captioned litigation, respectfully requests that:

a. Judgment in this matter having been entered on December 6, 2004, the court assess costs in this action consistent with the Verified Bill of Costs attached to and hereby made part of this motion; and

b. The $500.00 bond posted by the plaintiff as security for costs in this action pursuant to Rule 83.3(a) of the Local Rules of Civil Procedure for the District of Connecticut be forfeited and paid over to the defendant by the Clerk as partial satisfaction of the above.

*[handwritten annotations: "Granted absent objection. So Ordered." with signature and date 5/6/05]*