# UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

TEL. NO. 579-5861
(AREA CODE 203)

FILED

2006 FEB -2  P 4: 15

U.S. DISTRICT COURT
BRIDGEPORT, CONN

KEVIN F. ROWE
CLERK

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

~~May 18, 2005~~
1-31-06

Re: Case Name: CHRISEY v LEWIS
   Number: 3:02 CV 1399 JCH

Dear Attorney: PATTIS

As the above matter has been disposed of in this court, enclosed please find the exhibit(s).

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

Sincerely,

Kevin F. Rowe, Clerk

BY __Catherine Boroskey__
Catherine Boroskey
Deputy Clerk

ACKNOWLEDGMENT: _____  DATE: _____